UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KERWIN D. SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No.  4:13CV255 TIA |
| TERRY RUSSELL, et al., | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. The Court notes that on November 29, 2013, Plaintiff filed a Third Amended Complaint naming Defendants John Does 1 and 2, both correction officers at Eastern Reception, Diagnostic and Correctional Center and sued in their individual capacity, as well as John/Jane Does 3-10.  On December 24, 2013, Defendants Carl Brawley, Robert Harris, Mary Storz, Henry Boatright, Stephen McGee, and Joshua Browers filed a Motion to Dismiss Count II of the Third Amended Complaint.  The undersigned cannot rule on the pending motion to dismiss without the full, written consent of the parties.  See 28 U.S.C. § 636(c).  Consequently,

**IT IS HEREBY ORDERED** the parties are to, no later than January 23, 2014, submit to the Clerk's Office the consent/option form either consenting to the jurisdiction of the undersigned or opting to have the case assigned to a United States District Judge.

**IT IS FURTHER ORDERED** that Plaintiff shall identify the Doe Defendants not later than January 23, 2014.  Failure to identify the Doe Defendants will result in the instant case being reassigned due to lack of consent.

Dated this   2nd   day of January, 2014.

                                        /s/Terry I. Adelman
                              UNITED STATES MAGISTRATE  JUDGE