UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KERWIN D. SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13CV00255 AGF |
| | ) |
| TERRY RUSSELL, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on the Plaintiff's motion for reconsideration of the Court's February 2, 2014 Order, (Doc. No. 85), denying the request of Plaintiff's counsel to withdraw from her representation herein. Also before the Court are Plaintiff's motions for appointment of counsel in the event that present counsel is permitted to withdraw. Upon consideration of these motions and in light of the newly instituted court procedure for appointment of *pro bono* counsel, the Court will permit counsel to withdraw and will direct the appointment of substitute counsel from the *Pro bono* Service Panel for the Eastern District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration of the Court's Order denying counsel's request to withdraw is **GRANTED.** (Doc. No. 90.)

**IT IS FURTHER ORDERED** that Plaintiff's motions for appointment of counsel are **GRANTED.** (Doc. Nos. 89 & 94.)

1

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall be permitted to withdraw from her representation of Plaintiff in this matter at such time as substitute counsel is designated for appointment from the Court's *Pro bono* Service Panel.

**IT IS FURTHER ORDERED** that prior to her withdrawal from this case, Plaintiff's counsel shall deliver to appointed counsel all files and records related to the case.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2014.